# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TNC KAZCHROME JSC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>      Defendant<br><br>and<br><br>CC METALS AND ALLOYS, LLC AND FERROGLOBE USA, INC.,<br><br>      Defendant-Intervenors. | Court No. 25-00128 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, <u>Anne M. Delmare</u>, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Emma E. Bond. Ms. Bond no longer works at the Department of Justice and should be terminated as counsel for the case.

                              Respectfully Submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General

                              PATRICIA M. MCCARTHY
                              Director

                              <u>/s/ Claudia Burke</u>
                              CLAUDIA BURKE
                              Deputy Director

/s/Anne M. Delmare
ANNE M. DELMARE
Trial Counsel
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0531
Email: anne.m.delmare@usdoj.gov

November 20, 2025                             *Attorneys for Defendant*